# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTINA BARBOUR,**

    **Plaintiff,**

**V.**                                                                **Case No: 6:11-cv-102-Orl-22DAB**

**LANDRYS SEAFOOD HOUSE-
FLORIDA, INC. and RAINFOREST
CAFE, INC.,**

    **Defendants.**

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement Agreement (Doc. No. 37) filed on March 30, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, including the Joint Notice of Non-Objection (Doc. No. 39), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed April 3, 2012 (Doc. No. 38), is ADOPTED and CONFIRMED and made a part of this Order.

2.    The Joint Motion to Approve Settlement Agreement (Doc. No. 37) is hereby GRANTED. The Settlement as to the terms stated in the motion are hereby APPROVED.

3.    This case is hereby DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 4, 2012.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties